*E-FILED: January 16, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRUSTEES OF THE BAY AREA ROOFERS HEALTH AND WELFARE TRUST FUND; ET AL.,<br><br>Plaintiffs,<br>v.<br><br>TRADESTAFF CONTRACTING SERVICES; ET AL.,<br><br>Defendants. | No. C11-05977 HRL<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND DISCOVERY ORDER ON DDR #1**<br><br>**(Dkts. 25, 28)** |

Counsel for defendants, Sweeney, Mason, Wilson & Bosomworth ("SMWB"), filed a motion to withdraw as counsel of record for four of the five defendants in this case. (Dkt. 25). The Court held a hearing on SMWB's motion on January 8, 2013. For the reasons stated on the record at the hearing, counsel's motion is GRANTED. SMWB is relieved as the attorney of record for the following defendants:

1) Tradestaff Contracting Services;
2) J.R.M. Contracting Services;
3) Spectrum Specialties LLC; and
4) J.R.M. Real Estate & Investments, LLC

(collectively, the "Morris Entities"[1]). SMWB shall remain counsel of record for defendant J.M.O.G. Contracting Services dba Alliance Contract Services ("Alliance").

---

[1] James Morris is the name of the individual associated with each of these entities.

As the Morris Entities have already had notice of counsel's motion to withdraw for at least two months, the Morris Entities are ordered to retain new counsel who will make an appearance no later than **January 28, 2013.** SMWB shall accept service on behalf of the Morris Entities until they retain new counsel or the Court orders otherwise. SMWB has notified the Court that the Morris Entities do not plan to retain new counsel or otherwise participate in this litigation. As corporate entities may appear in federal courts only through licensed counsel, the Morris Entities are warned that failure to retain counsel by **January 28, 2013** may result in an entry of their default and a judgment in favor of plaintiffs. *See Rowland v. Cal. Men's Colony et al.*, 506 U.S. 194, 201-02 (1993).

**Discovery Dispute Report #1**

About five days after counsel for defendants filed its motion to withdraw, Plaintiffs submitted a unilateral Discovery Dispute Report #1 ("DDR #1) stating that none of the five defendants had responded to Interrogatories or Requests to Produce Documents propounded by Plaintiffs. At the hearing on counsel for defendants' motion to withdraw, Plaintiffs reported to the Court that defendant Alliance had since responded to the outstanding discovery and that DDJR #1 is now moot as to Alliance. The Morris Entities have not responded to any of the discovery propounded by Plaintiffs.

The Morris Entities are hereby ORDERED to respond to all outstanding discovery, without objection, no later than **January 28, 2013**.[2]

**IT IS SO ORDERED.**

Dated: January 16, 2013

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[2] Counsel for Plaintiffs and counsel for Alliance also indicated that some of the Morris Entities have filed for bankruptcy, or were in the process of filing for bankruptcy. As of the date of this order, however, no notices of bankruptcy have been filed with the Court. If and when any such notices are filed, this action will be stayed as to the bankrupt parties.

**C 11-05977 HRL Order will be electronically mailed to:**

Sue Campbell        suecampbell@att.net
Roger Mason       rmason@smwb.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**