*E-FILED: January 16, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRUSTEES OF THE BAY AREA ROOFERS HEALTH AND WELFARE TRUST FUND; ET AL.,<br><br>  Plaintiffs,<br>v.<br><br>TRADESTAFF CONTRACTING SERVICES; ET AL.,<br><br>  Defendants. | No. C11-05977 HRL<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO OBEY COURT ORDER** |

The court has granted Sweeney, Mason, Wilson & Bosomworth's ("SMWB") motion to withdraw as counsel for the following defendants:

1) Tradestaff Contracting Services;
2) J.R.M. Contracting Services;
3) Spectrum Specialties LLC; and
4) J.R.M. Real Estate & Investments, LLC

(collectively, the "Morris Entities"[1]). The Court ordered the Morris Entities to obtain new counsel, who shall file an appearance and respond to outstanding discovery, no later than January 28, 2013. (Dkt. 31). At the hearing on SMWB's motion to withdraw, SMWB stated that the Morris Entities did not intend to obtain new counsel or otherwise participate in this litigation.

---

[1] James Morris is the name of the individual associated with each of these entities.

Accordingly, the Morris Entities shall appear on **February 5, 2013 at 10:00 am** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why their answers should not be stricken for failure to follow this Court's orders. If the Morris Entities comply with the Court's order, the hearing will be vacated.

**IT IS SO ORDERED.**

Dated: January 16, 2013



_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 **C 11-05977 HRL Order will be electronically mailed to:**

2 Sue Campbell    suecampbell@att.net
Roger Mason    rmason@smwb.com

3

4 **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**