*E-FILED: JANUARY 30, 2013*

TREVOR J. ZINK (218860)
PETER KERLE (264803)
**OMNI LAW GROUP, LLP**
1500 E. Hamilton, Ave., Suite 202
Campbell, CA 95008
Telephone:   (408) 879-8500
Facsimile:   (408) 879-8501

Attorneys for Defendants
TRADESTAFF CONTRACTING SERVICES and J.R.M. REAL ESTATE & INVESTMENTS, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BAY AREA ROOFERS HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>TRADESTAFF CONTRACTING SERVICES, a California corporation, et al.,<br><br>Defendants. | CASE NO.:  CV11-05977 HRL<br><br>**SUBSTITUTION OF ATTORNEY** |

NOTICE IS HEREBY GIVEN THAT, subject to approval by this Court, Defendants TRADESTAFF CONTRACTING SERVICES and J.R.M. REAL ESTATE & INVESTMENTS, LLC make the following substitution in legal representation:

Omni Law Group, LLP, located at 1500 E. Hamilton Ave., Suite 202, Campbell, CA 95008, (408) 879-8500, will be the new legal representative for Defendants Tradestaff Contracting Services ("Tradestaff") and J.R.M. Real Estate & Investments, LLC ("JRM"), effective immediately.   Following this Court's order granting Tradestaff's and JRM's previous counsel's motion to withdraw as counsel of record, Tradestaff and JRM were without legal representation.

///

///

1

**SUBSTITUTION OF ATTORNEY**

1    Tradestaff, JRM, and their new legal representative have consented to the substitution as
2    indicated by their respective signatures below.

Dated:  January 28, 2013                **TRADESTAFF CONTRACTING SERVICES**

                                        By:   /s/ James Morris
                                              JAMES MORRIS, President


Dated:  January 28, 2013                **J.R.M. REAL ESTATE & INVESTMENTS, LLC**

                                        By:   /s/ James Morris
                                              JAMES MORRIS, Managing Member


Dated:  January 28, 2013                **OMNI LAW GROUP, LLP**

                                        By:   /s/ Trevor J. Zink
                                              TREVOR J. ZINK, ESQ.
                                              Lead Counsel
                                              State Bar No. 218860
                                              Email: tzink@omnillp.com
                                              PETER KERLE, ESQ.
                                              State Bar No. 264803
                                              Email: pkerle@omnillp.com

                                              Attorneys for Defendants
                                              TRADESTAFF CONTRACTING SERVICES
                                              and J.R.M. REAL ESTATE &
                                              INVESTMENTS, LLC

**IT IS SO ORDERED.**   **As the Court previously granted Roger Mason's motion to withdraw as counsel, no Substitution of Attorney was necessary. The Court notes the appearance of Trevor Zink.**

DATE:  January 30, 2013
                                        _____
                                        ~~UNITED STATES DISTRICT JUDGE~~
                                        Howard R. Loyd
                                        United States Magistrate Judge

**SUBSTITUTION OF ATTORNEY**                                                              2