*E-FILED: JANUARY 30, 2013*

1  TREVOR J. ZINK (218860)
   PETER KERLE (264803)
2  **OMNI LAW GROUP, LLP**
   1500 E. Hamilton, Ave., Suite 202
3  Campbell, CA 95008
   Telephone:   (408) 879-8500
4  Facsimile:   (408) 879-8501

5  Attorneys for Defendants
   TRADESTAFF CONTRACTING SERVICES and J.R.M. REAL ESTATE & INVESTMENTS,
6  LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| TRUSTEES OF THE BAY AREA ROOFERS HEALTH AND WELFARE TRUST FUND, et al., | CASE NO.: CV11-05977 HRL |
|---|---|
| Plaintiffs, | **SUBSTITUTION OF ATTORNEY** |
| vs. | |
| TRADESTAFF CONTRACTING SERVICES, a California corporation, et al., | |
| Defendants. | |

NOTICE IS HEREBY GIVEN THAT, subject to approval by this Court, Defendants TRADESTAFF CONTRACTING SERVICES and J.R.M. REAL ESTATE & INVESTMENTS, LLC make the following substitution in legal representation:

Omni Law Group, LLP, located at 1500 E. Hamilton Ave., Suite 202, Campbell, CA 95008, (408) 879-8500, will be the new legal representative for Defendants Tradestaff Contracting Services ("Tradestaff") and J.R.M. Real Estate & Investments, LLC ("JRM"), effective immediately. Following this Court's order granting Tradestaff's and JRM's previous counsel's motion to withdraw as counsel of record, Tradestaff and JRM were without legal representation.

///

///

1

**SUBSTITUTION OF ATTORNEY**

1  Tradestaff, JRM, and their new legal representative have consented to the substitution as
2  indicated by their respective signatures below.

3

4  Dated:  January 28, 2013                    **TRADESTAFF CONTRACTING SERVICES**

5

6                                              By:   /s/ James Morris
                                                    JAMES MORRIS, President
7

8

9  Dated:  January 28, 2013                    **J.R.M. REAL ESTATE & INVESTMENTS,**
10                                             **LLC**

11

12                                             By:   /s/ James Morris
                                                    JAMES MORRIS, Managing Member
13

14

15 Dated:  January 28, 2013                    **OMNI LAW GROUP, LLP**
16

17                                             By:   /s/ Trevor J. Zink
                                                    TREVOR J. ZINK, ESQ.
18                                                  Lead Counsel
                                                    State Bar No. 218860
19                                                  Email: tzink@omnillp.com
                                                    PETER KERLE, ESQ.
20                                                  State Bar No. 264803
                                                    Email: pkerle@omnillp.com
21

22                                             Attorneys for Defendants
                                               TRADESTAFF CONTRACTING SERVICES
23                                             and J.R.M. REAL ESTATE &
                                               INVESTMENTS, LLC
24
                   **As the Court previously granted Roger Mason's motion to**
25 **IT IS SO ORDERED.**  **withdraw as counsel, no Substitution of Attorney was necessary.**
                   **The Court notes the appearance of Trevor Zink.**
26

27 DATE:  January 30, 2013
                                               ~~UNITED STATES DISTRICT JUDGE~~
28                                             Howard R. Loyd
                                               United States Magistrate Judge

**SUBSTITUTION OF ATTORNEY**                                                      2