United States District Court
For the Northern District of California

*E-FILED: February 5, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

TRUSTEES OF THE BAY AREA ROOFERS HEALTH AND WELFARE TRUST FUND; ET AL.,

Plaintiffs,

v.

TRADESTAFF CONTRACTING SERVICES; ET AL.,

Defendants.
_______________________________________/

No. C11-05977 HRL

**ORDER DISCHARGING ORDER TO SHOW CAUSE, STRIKING DEFENDANT SPECTRUM SPECIALTIES LLC'S ANSWER, ENTERING STAY AGAINST DEFENDANT J.R.M. CONTRACTING SERVICES, TERMINATING MOTION TO STRIKE, AND SETTING DEADLINE FOR FILING DISCOVERY DISPUTE JOINT REPORTS**

**[Dkt. 38]**

The Court having held a hearing on February 5, 2013, the Order to Show Cause issued in this case is hereby discharged. As defendant J.R.M. Contracting Services has filed a Notice of Bankrupcy (Dkt. 36), the case is stayed as against this entity. Defendant Spectrum Specialties LLC ("Spectrum") neither retained counsel nor responded to outstanding discovery, as required by this Court's previous order. As a sanction, the Court strikes Spectrum's answer. Defendants Tradestaff Contracting Services and J.R.M. Real Estate & Investments, LLC obtained new counsel by the Court-ordered deadline. Although these entities also responded to outstanding discovery, Plaintiffs have indicated that the responses are inadequate. If Plaintiffs and these entities are unable to resolve

their remaining discovery disputes through diligent efforts, the parties shall submit any necessary Discovery Dispute Joint Reports no later than **February 15, 2013.** Plaintiffs' motion to strike (Dkt. 38) is terminated.

**IT IS SO ORDERED.**

Dated: February 5, 2013

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

**C 11-05977 HRL Order will be electronically mailed to:**

Roger Mark Mason: rmason@smwb.com, chilton@smwb.com

Sue Campbell: suecampbell@att.net, matthew@campbelltrustlaw.com, sue@campbelltrustlaw.com

Trevor Joseph Zink: tzink@omnillp.com, bfraser@omnillp.com, pkerle@omnillp.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

United States District Court
For the Northern District of California