United States District Court
For the Northern District of California

*E-FILED: June 5, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRUSTEES OF THE BAY AREA ROOFERS HEALTH AND WELFARE TRUST FUND; ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> TRADESTAFF CONTRACTING SERVICES; ET AL., <br><br> Defendants. | No. C11-05977 HRL <br><br> **ORDER VACATING FINAL PRETRIAL CONFERENCE AND TRIAL** |

The currently scheduled final pretrial conference and trial dates are vacated, and will be re-set as necessary, following resolution of the pending dispositive motion.

**IT IS SO ORDERED.**

Dated: June 5, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 11-05977 HRL Order will be electronically mailed to:**

Peter Kerle pkerle@omnillp.com

Roger Mark Mason rmason@smwb.com, chilton@smwb.com

Sue Campbell suecampbell@att.net, matthew@campbelltrustlaw.com, sue@campbelltrustlaw.com

Trevor Joseph Zink tzink@omnillp.com, bfraser@omnillp.com, pkerle@omnillp.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**